MABEL V. JONES, Respondent, v. EDWARD C. JONES, Appellant.— Order appealed from unanimously affirmed. It does not appear that there is any issue with respect to the evidence that was received by the Referee. The conflict is confined to the inferences that may be drawn from the undisputed evidence which is detailed in the affidavits. Under the circumstances, it was not necessary to transcribe and produce the minutes of the reference at Special Term, defendant having stipulated to dispense therewith (cf. *Aron* v. *Aron*, 280 N. Y. 328). Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of MADISON, INCORPORATED, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *post*, p. 934.]

WILLIAM J. FREEDMAN, Appellant, v. HORWITZ & DUBERMAN, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

MONARCH SILK COMPANY, INC., Respondent, v. BANGOR MILLS, INC., Appellant. MERION TEXTILES, Respondent, v. BANGOR MILLS, INC., Appellant. IRVING A. TANNENBAUM, Respondent, v. BANGOR MILLS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

GREYSTONE CORPORATION, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Defendant, and GREAT AMERICAN INDEMNITY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

GOODMAN & GEORGE, INC., Respondent, v. FEDERAL FUR CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Settle order. Date to be fixed for holding examinations. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ.

ELLEN S. ELIAN, by Her Guardian ad Litem, BENJAMIN M. ELIAN, et al., Appellants, v. LYN REALTY CORP., Respondent.— Order appealed from reversed without costs and motion to set aside dismissal granted upon condition that plaintiffs file new note of issue and pay another calendar fee, the case to be added to the Day Calendar for a day certain. All concur. In the circumstances shown here, the motion to set aside the dismissal should have been granted on appropriate terms. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.